IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAP SERVICES, INC.,
and COMMUNITY ASSETS FOR
PEOPLE, LLC,

JUDGMENT IN A CIVIL CASE

Plaintiffs,

Case No. 16-CV-671-WMC

v.

DALE R. SCHWARTZ,

Defendant.

---

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff CAP Services, Inc. in the amount of $1,285,171.32 and in favor of plaintiff Community Assets in the amount of $563,672.61.

Peter Oppeneer, Clerk of Court                12/8/17
                                              Date