IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAP SERVICES, INC.,
and COMMUNITY ASSETS FOR
PEOPLE, LLC,

      Plaintiffs,

  v.

DALE R. SCHWARTZ,

      Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 16-cv-671-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff CAP Services, Inc. in the amount of $1,320,994.40 and in favor of plaintiff Community Assets in the amount of $579,393.53.

| s/V. Olmo, Deputy Clerk | 1/19/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |